DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON YOUNG,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3046

[February 28, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case Nos. 12-4101CF10A, 12-13043CF10A, and 12-14531CF10A.

Jason Young, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***